# EXHIBIT 2



**U.S. GOVERNMENT PRINTING OFFICE**
KEEPING AMERICA INFORMED

February 25, 2010

In reply refer to:
GPO Case Number:  09-58

Brian Wolfman/Leah Nicholls
Georgetown University Law Center
600 New Jersey Avenue, NW Suite 312
Washington, DC 20005

Dear Mr. Wolfman/Ms. Nicholls:

In accordance with 29 CFR §1614.108(f) of the Equal Employment Opportunity Commission (EEOC) regulations, this is to notify you that the investigation of the above referenced complaint has been completed.  Enclosed is a copy of the Investigative File (IF).  If you wish to exercise your rights concerning the further administrative processing of this complaint, you may:

(1) request a hearing and decision from an EEOC administrative judge pursuant to 29 CFR §1614.109 of the regulations; or

(2) request an immediate final decision from the GPO in accordance with 29 CFR §1614.110 of the EEOC regulations, based solely on the Investigative File.

If you elect to have a hearing on this matter, you **must submit your request in writing directly to the EEOC within 30 calendar days** from receipt of the IF to the office listed below:

Equal Employment Opportunity Commission
Washington Field Office
131 M Street, NE Suite 4NW02F
Washington, D.C.  20507

PAGE 2

You are required to send a copy of your request for a hearing to the EEO Office. You may use the attached form to notify us how you intend to proceed.

If you do not wish to pursue this matter further, you may withdraw the complaint, and the GPO will take no further action. If you do not respond to this letter within 30 calendar days of receipt, the regulations require that the agency issue a final decision on the merits of the complaint based on the information contained in the Investigative File.

If you have any questions regarding this matter, please contact me at (202) 512-0031. You are reminded that you have the duty to keep the agency and the EEOC informed of your current mailing address.

Sincerely,

JUANITA M. FLORES
Assistant Director, EEO

Enclosures:  IF and Election Form

CC: Kevin Hairston
PO Box 2701
Washington, DC 20013